# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FLOYD LINTELLI GARRETT,<br><br>                              Petitioner,<br><br>v.<br><br>SAN DIEGO COUNTY SHERIFF WILLIAM H. GORE,<br><br>                              Respondent. | Case No.:  20cv1594 JAH (AGH)<br><br>**ORDER DISMISSING CASE WITHOUT PREJUDICE AND WITH LEAVE TO AMEND** |

Petitioner, an inmate at the George F. Bailey Detention Facility proceeding pro se, has filed a Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2241 but has failed to either pay the $5.00 filing fee or move to proceed in forma pauperis. Because this Court cannot proceed until Petitioner has either paid the $5.00 filing fee or qualified to proceed in forma pauperis, the Court **DISMISSES** the case without prejudice. *See* Rule 3(a), 28 U.S.C. foll. § 2254. If Petitioner wishes to proceed with this case, he must submit, **no later than <u>October 19, 2020</u>**, a copy of this Order with the $5.00 fee or with adequate proof of

///

///

///

///

///

his inability to pay the fee. The Clerk of Court shall send a blank Southern District of California In Forma Pauperis Application to Petitioner along with a copy of this Order.

**IT IS SO ORDERED.**

Dated: August 26, 2020

Hon. John A. Houston
United States District Judge